Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: ddavis@swlaw.com

David S. Osterman, Esq. (*Pro Hac Vice*)
GOLDBERG SEGALLA
301 Carnegie Center Drive, Suite 200
Princeton, New Jersey 08540
Email: dosterman@goldbergsegalla.com

*Attorneys for Defendant O-I Canada Corp., improperly named as O-I Glass, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA CHRISTINE WOJCIK,<br><br>Plaintiff,<br><br>vs.<br><br>TRADER JOE'S COMPANY, a Foreign Corporation d/b/a TRADER JOE'S; O-I GLASS, INC., a Delaware Corporation; UNIBROUE BREWERY, a Foreign Corporation; SAPPORO U.S.A., INC., d/b/a UNIBREW USA, a Foreign Corporation; DOES I-X; and ROES I-X,<br><br>Defendants. | Case No. 2:25-cv-00051<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO O-I CANADA CORP, IMPROPERLY NAMED AS O-I GLASS, INC.**<br><br>[ECF No. 25] |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Angela Christine Wojcik, by and through her counsel, and by Defendant O-I Canada Corp., improperly named as O-I Glass, Inc., by and through its counsel, that all of Plaintiff's claims and causes of action against Defendant O-I Canada Corp., improperly named as O-I Glass, Inc. herein are dismissed with prejudice.

Each party will bear its own fees and costs.

| | |
|---|---|
| DATED: March 25, 2025 | DATED: March 25, 2025 |
| SNELL & WILMER L.L.P. | THE COTTLE FIRM |
| By: /s/ *Dawn Davis* | By: /s/ *Robert Cottle* |
| Dawn L. Davis, Esq.<br>Nevada Bar No. 13329<br>1700 S Pavilion Center Drive, Suite 700<br>Las Vegas, Nevada 89135 | Robert W. Cottle, Esq.<br>Nevada Bar No. 4576<br>Hayden R. Cottle, Esq.<br>Nevada Bar No. 16219<br>8635 South Eastern Avenue<br>Las Vegas, Nevada 89123 |
| David S. Osterman, Esq. (*Pro Hac Vice*)<br>GOLDBERG SEGALLA<br>301 Carnegie Center Drive, Suite 200<br>Princeton, New Jersey 08540 | *Attorneys for Plaintiff* |
| *Attorneys for Defendant O-I Canada Corp., improperly named as O-I Glass, Inc.* | |
| DATED: March 25, 2025 | DATED: March 25, 2025 |
| WILSON ELSER | WOMBLE BOND DICKINSON LLP |
| By: /s/ *Jonathan Patillo* | By: /s/ *Paul Matteoni* |
| Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Jonathan C. Patillo, Esq.<br>Nevada Bar No. 13929<br>6689 Las Vegas Boulevard South Suite 200<br>Las Vegas, Nevada 89129 | Paul Matteoni, Esq.<br>Nevada Bar No. 3486<br>One East Liberty Street<br>Reno, Nevada 89501 |
| *Attorneys for Defendant Trader Joe's Company* | *Attorneys for Defendant Sapporo U.S.A., Inc. d/b/a Unibrew USA* |

### ORDER

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that the claims against Defendant O-I Canada Corp., improperly named as O-I Glass, Inc., are dismissed with prejudice, with each affected party to bear its own costs and fees. **The Clerk of Court is directed to TERMINATE O-I Canada Corp. from this case**. This case proceeds against the remaining defendants.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: April 3, 2025

4909-8193-4124