PAUL A. MATTEONI, BAR NO. 3486
paul.matteoni@wbd-us.com
SAMANTHA M. VANILLO, BAR NO. 17008
samantha.vanillo@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
One East Liberty Street, Suite 300
Reno, NV 89501-2128
Tel: 775.823.2900

*Attorneys for Defendant*
*Sapporo U.S.A., Inc. dba Unibrew USA*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA CHRISTINE WOJCIK,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY, a Foreign Corporation d/b/a TRADER JOE'S; O-I GLASS, INC., a Delaware Corporation; UNIBROUE BREWERY, a Foreign Corporation; SAPPORO U.S.A., INC., d/b/a UNIBREW USA, a Foreign Corporation; DOES I-X, AND ROES I-X,<br><br>Defendants. | Case No. 2:25-cv-00051-JAD-DJA<br><br>**Order Granting Joint Motion to Dismiss Plaintiff's Claims against SAPPORO U.S.A. dba UNIBREW USA**<br><br>ECF No. 39 |

IT IS HEREBY STIPULATED by and between the undersigned parties to this action, by and through their designated counsel, that SAPPORO U.S.A. d/b/a UNIBREW USA (ONLY) is dismissed *with prejudice* from the above-entitled matter pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each respective party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /



One East Liberty Street, Suite 300
Reno, NV 89501-2128
WOMBLE BOND DICKINSON

DATED: This 6th day of October, 2025.

THE COTTLE FIRM

By: */s/ Robert W. Cottle*
Robert W. Cottle, Bar No. 4576
rcottle@cottlefirm.com
Hayden R. Cottle, Bar No.16219
hcottle@cottlefirm.com
8635 S. Eastern Avenue
Las Vegas, NV 89123

*Attorneys for Plaintiff*

DATED: This 6th day of October, 2025.

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Paul A. Matteoni*
PAUL A. MATTEONI, BAR NO. 3486
paul.matteoni@wbd-us.com
SAMANTHA M. VANILLO, BAR NO. 17008
samantha.vanillo@wbd-us.com
One East Liberty Street, Suite 300
Reno, NV 89501-2128

*Attorneys for Defendant Sapporo U.S.A., Inc. dba Unibrew USA*

**ORDER**

Based on the stipulation between plaintiff and Defendant Sapporo U.S.A., Inc. dba Unibrew USA **[ECF No. 39]**, which the court construes as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **Plaintiff Angela Christine Wojcik's claims against Sapporo U.S.A. dba Unibrew USA are DISMISSED with prejudice**, each side to bear its own fees and costs. **The Clerk of Court is directed to TERMINATE Sapporo U.S.A., Inc. as a party** to this action.

U.S. District Judge Jennifer A. Dorsey
Dated: November 20, 2025

One East Liberty Street, Suite 300
Reno, NV 89501-2128

WOMBLE BOND DICKINSON

