PAUL A. MATTEONI, BAR NO. 3486
paul.matteoni@wbd-us.com
SAMANTHA M. VANILLO, BAR NO. 17008
samantha.vanillo@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
One East Liberty Street, Suite 300
Reno, NV 89501-2128
Tel: 775.823.2900

*Attorneys for Defendant*
*Sapporo U.S.A., Inc. dba Unibrew USA*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA CHRISTINE WOJCIK,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY, a Foreign Corporation d/b/a TRADER JOE'S; O-I GLASS, INC., a Delaware Corporation; DOES I-X; AND ROES I-X,<br><br>Defendants. | Case No. 2:25-cv-00051-JAD-DJA<br><br>**DEFENDANT SAPPORO U.S.A., INC. DBA UNIBREW USA'S MOTION TO REMOVE ATTORNEYS FROM THE ELECTRONIC SERVICE LIST** |

Defendant SAPPORO U.S.A. INC. dba UNIBREW USA ("Unibrew") has been dismissed from the above-entitled matter with prejudice. As such, counsel of record for Unibrew, Paul A. Matteoni and Samantha M. Vanillo of Womble Bond Dickinson (US) LLP, hereby request the removal of their names from the Court's CM/ECF notice system in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4908-0483-9558.1

DATED: January 6, 2026

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Paul A. Matteoni*
    PAUL A. MATTEONI, BAR NO. 3486
    paul.matteoni@wbd-us.com
    SAMANTHA M. VANILLO, BAR NO. 17008
    samantha.vanillo@wbd-us.com
    One East Liberty Street, Suite 300
    Reno, NV  89501-2128
    775.823.2900

    *Attorneys for Defendant*
    *Sapporo U.S.A., Inc. dba Unibrew USA*

**IT IS SO ORDERED.**

DATED:  1/8/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Womble Bond Dickinson (US) LLP, and that on January 6, 2026, I caused a true and correct copy of **DEFENDANT SAPPORO U.S.A., INC. DBA UNIBREW USA'S MOTION TO REMOVE ATTORNEYS FROM THE ELECTRONIC SERVICE LIST** to be served via the U.S. District Court's Notice of Electronic Filing system ("CM/ECF") in the above-captioned case, upon all parties registered to receive such notice.

　　　　　　　　　　　　　　　　　　　　 /s/ Deborah Haffey
　　　　　　　　　　　　　　　　　　　　Employee of Womble Bond Dickinson (US) LLP