WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Trader Joe's Company

**UNITED STATES DISTRICT COURT**

**DISTRICTY OF NEVADA**

Angela Christine Wojcik,

Plaintiff,

vs.

Trader Joe's Company, a Foreign Corporation dba Trader Joe's; O-I Glass, Inc., a Delaware Corporation; Unibroue Brewery, a Foreign Corporation; Sapporo U.S.A., Inc., dba Unibrew USA, a Foreign Corporation; Does I-X; and Roes I-X,

Defendants.

Case No.: 2:25-cv-00051-JAD-DJA

**Stipulation and Order to Continue Due Date for Pre-Trial Memorandum**

The parties stipulate to continue the due date for the pre-trial memorandum (currently set for July 20, 2026 per ECF 96) be continued to July 27, 2026. The good cause is the attorneys wish for more time to present the memorandum to the court in its correct format so that it will be easier for the Court to review and approve. Further, the parties have been having meaningful settlement discussion in the past weeks and believe they are close to resolving this matter, and therefore request another week to continue these negotiations, by which point they hope the matter will have resolved.

/ / /

*Case No.: 2:25-cv-00051*
*Angela Christine Wojcik v. Trader Joe's Company, et. al.*
*Stipulation and Order to Continue Due Date for Pre-Trial Memorandum*

**THE COTTLE FIRM**

By: */s/ Matthew Minucci*
ROBERT W. COTTLE, ESQ.
NEVADA BAR NO. 4576
MATTHEW D. MINUCCI, ESQ.
NEVADA BAR NO. 12449
HAYDEN R. COTTLE, ESQ.
NEVADA BAR NO. 16219
8635 SOUTH EASTERN AVENUE
LAS VEGAS, NEVADA 89123
PHONE: (702) 722-6111
FACSIMILE: (702) 834-8555
*ATTORNEYS FOR PLAINTIFF*

**WILSON ELSER MOSKOWITZ EDELMAN DICKER LLP**

By: */s/ Michael Lowry*
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
*Attorneys for Defendant Trader Joe's*

**Based on the parties' stipulation [ECF No. 99] and good cause appearing, IT IS HEREBY ORDERED that the deadline to file the joint proposed pretrial order is continued to July 27, 2026.**

_________________________________
United States DISTRICT JUDGE
July 20, 2026



315740129v.2