**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Third- Party Defendant Sleeman Breweries and Cross-Defendant Unibroue Brewery*

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA CHRISTINE WOJCIK,<br><br>Plaintiff,<br>vs.<br><br>TRADER JOE'S COMPNAY, a Foreign Corporation dba Trader Joe's; O-I GLASS, INC., a Delaware Corporation; UNIBROUE BREWERY, a Foreign Corporation; Does I-X; and Roes I-X,<br><br>Defendants. | Case No: 2:25-cv-00051-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 105 |
| TRADER JOE'S COMPANY,<br><br>Third-Party Plaintiff,<br>vs.<br><br>SLEEMAN BREWERIES, a Foreign Corporation, SAPPORO BREWERIES LIMITED, a Foreign Corporation, D'AQUINO IMPORTING CO., a Foreign Corporation,<br><br>Third-Party Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, ANGELA CHRISTINE WOJCIK, by and through her attorney of record, Matthew D. Minucci, Esq. of The Cottle Firm; Defendant/Third-Party Plaintiff/Crossclaimant TRADER JOE'S COMPANY, by and through its attorney of record, Jonathan C. Pattillo, Esq. of Wilson Elser; Third-Party Defendant SLEEMAN BREWERIES and Cross-Defendant UNIBROUE BREWERY, by and through their attorney of record, William H. Pruitt, Esq. of the law firm Barron & Pruitt, LLP; and Third-Party Defendant D'AQUINO IMPROTING CO., by and through its attorney of record, Jonathan J. Hansen, Esq. of Hansen & Hansen, LLC, that the above-entitled matter may be dismissed in its entirety,

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

including all Third-Party Claims and Cross-Claims, with prejudice, each party to bear its own costs and fees.

Dated this 18th day of September, 2026.

THE COTTLE FIRM

*/s/ Matthew D. Minucci*
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
8635 South Eastern Ave.
Las Vegas, NV 89123
*Attorney for Plaintiff*

Dated this 21st day of September, 2026.

WILSON ELSER

*/s/ Jonathan C. Pattillo*
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant/Third-Party Plaintiff/Crossclaimant Trader Joe's Company*

Dated this 18th day of September, 2026.

BARRON & PRUITT, LLP

*/s/ William H. Pruitt*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, NV 89031
*Attorney for Third-Party Defendant Sleeman Breweries and Cross-Defendant Unibroue Brewery*

Dated this 18th day of September, 2026.

HANSEN & HANSEN, LLC

*/s/ Jonathan J. Hansen*
JONATHAN J. HANSEN, ESQ.
Nevada Bar No. 7002
9030 West Cheyenne Ave. #210
Las Vegas, NV 89129
*Attorneys for Third-Party Defendant D'Aquino Importing Co.*

**ORDER**

Based on the parties' stipulation **[ECF No. 105]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

UNITED STATES DISTRICT JUDGE

DATED: 9/24/26